IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 24-1765 |
| ) | Judge Nora Barry Fischer |
| GIANT EAGLE, INC., ) | Magistrate Judge Christopher B. Brown |
| ) | |
| Defendant. ) | |

**<u>MEMORANDUM ORDER</u>**

AND NOW, this 12th day of November, 2025, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Christopher B. Brown on October 16, 2025, (Docket No. 20), recommending that the Motion to Dismiss filed by Defendant Giant Eagle, Inc. be granted and that Plaintiff Donald Smith's claims for FMLA interference and retaliation at Counts II and III of his Amended Complaint be dismissed, without prejudice, but that he "be given leave to amend his complaint to cure the deficiencies in pleading an FMLA qualifying reason for leave, should he be able to do so in good faith," and noting that his claim at Count I for associational discrimination in violation of the ADA was affirmatively withdrawn, (*id*. at 1, n.2), the Magistrate Judge stating that objections were due by October 30, 2025, and neither party having filed objections as of the date of this Order, and upon independent review of the record and de novo consideration of the Magistrate Judge's October 16, 2025 Report and Recommendation, (Docket No. 20), which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion to Dismiss [14] filed by Defendant is GRANTED;

1

IT IS FURTHER ORDERED that Plaintiff's Amended Complaint [13] is DISMISSED, as follows. Count I is dismissed, with prejudice, as Plaintiff has affirmatively withdrawn such claim in his response. (Docket No. 18 at 10-11). Counts II and III are dismissed, without prejudice, and Plaintiff is granted leave to amend as set forth in the Report and Recommendation;

IT IS FURTHER ORDERED that Plaintiff shall file his Second Amended Complaint by November 25, 2025; and,

FINALLY, IT IS ORDERED that this matter is remanded back to the Magistrate Judge for further pretrial proceedings.

<u>s/Nora Barry Fischer</u>
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf:  All counsel of record.
U.S. Magistrate Judge Christopher B. Brown